816

No. 358. ENGLERT *v.* S. BIRCH & SONS CONSTRUCTION CO. ET AL. Certiorari denied. *Oscar A. Zabel* for petitioner. *Solicitor General Perlman, Herbert A. Bergson* and *Samuel D. Slade* for respondents.

No. 359. SODERBERG ET AL. *v.* S. BIRCH & SONS CONSTRUCTION CO. ET AL. Certiorari denied. *Oscar A. Zabel* for petitioners. *Solicitor General Perlman, Herbert A. Bergson, Samuel D. Slade* and *John R. Benney* for respondents.

No. 360. BALLESTER HERMANOS *v.* BUSCAGLIA, TREASURER OF PUERTO RICO. Certiorari denied. *Fred W. Llewellyn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *I. Henry Kutz* for respondent.

No. 363. PRYOR *v.* CRAFT ET AL. Certiorari denied. *Wesley E. Disney* and *William S. Hamilton* for petitioner. *Chas. R. Gray* and *G. K. Sutherland* for respondents.

No. 364. BARKMAN *v.* SANFORD, WARDEN. Certiorari denied. *David B. Alford* for petitioner. *Solicitor General Perlman* for respondent.

No. 368. KLOEB, U. S. DISTRICT JUDGE, *v.* BERESLAVSKY. Certiorari denied. *Frank S. Busser* and *LeRoy E. Eastman* for petitioner. *W. Brown Morton* for respondent.

No. 378. CALIFORNIA APPAREL CREATORS ET AL. *v.* WIEDER OF CALIFORNIA, INC. ET AL. Certi-